UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK BLACKMAN,

    Plaintiff,

v.                                   Case No. 3:16cv625-RV-HTC

PURIFOY CONSTRUCTION, and
TYRONE PURIFOY,

    Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (doc. 42). Having considered the Report and Recommendation and allowing time for objections to be filed, I have determined that it should be adopted. Accordingly, it is:

**ORDERED** that:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. 33) is **GRANTED** as to Plaintiff's claim for retaliation under Title VII against both defendants, and **DENIED** as to Plaintiff's claim for

retaliation under the ADEA and discrimination under Title VII and the ADEA.

3. The Clerk is directed to enter final judgment in favor of the plaintiff and against both defendants, jointly and severally, in the amount of $7,500.00 for lost wages.[1]

4. The clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 13th day of February, 2020.

s/*Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] According to Florida's Division of Corporations, Purifoy Construction is listed as "inactive" and was administratively dissolved on September 25, 2015.

3:16cv625-RV-HTC